IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SAMUEL FLUKER                                                                                         PLAINTIFF

V.                              Case No. 5:05CV00102 JFF

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                          DEFENDANT

## JUDGMENT

It is Considered, Ordered, and Adjudged that judgment be entered for the plaintiff, reversing the decision of the Commissioner and remanding the case to the Commissioner for further proceedings. This is a sentence-four remand.

Dated this 28th day of September, 2006.

                                            /s/ John F. Forster, Jr.
                                  UNITED STATES MAGISTRATE JUDGE